# United States Court of Appeals
# for the Federal Circuit

———————————————

October 9, 2019

**ERRATA**

———————————————

Appeal No. 2018-2363

**NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., IMAGE-BASED SURGICENTER CORPORATION, AARON GERSHON FILLER,**
*Plaintiffs-Appellants*

**v.**

**BRAINLAB, INC., BRAINLAB AG, BRAINLAB MEDIZINISCHE COMPUTERSYSTEME GMBH,**
*Defendants-Appellees*

Decided: October 7, 2019
Non-Precedential Opinion

———————————————

Please make the following change:

On page 14, line 11: change "direct infringement case" to "direct infringement".